No. 4,711.—MARTIN SCAHILL, Respondent, *v.* CITY OF BUTTE, Appellant.

*Appeal from District Court, Silver Bow County; Edwin M. Lamb, Judge.*

Decided January 30, 1922.

PER CURIAM.—Pursuant to stipulation of the parties, the appeal in the above-entitled cause is dismissed as settled.

*Mr. R. L. Clinton, Mr. E. D. Elderkin, Mr. C. F. Juttner* and *Mr. Miles J. Cavanaugh,* for Appellant.

*Mr. Jos. J. McCaffery* and *Mr. J. O. Davies,* for Respondent.

---

No. 4,657.—STATE ex rel. MARTIN SCAHILL, Respondent, *v.* CITY OF BUTTE, Appellant.

*Appeal from District Court, Silver Bow County; Edwin M. Lamb, Judge.*

Decided January 30, 1922.

PER CURIAM.—Pursuant to stipulation of the parties, the appeal in the above-entitled cause is dismissed as settled.

*Mr. R. L. Clinton, Mr. E. D. Elderkin, Mr. C. F. Juttner* and *Mr. Miles J. Cavanaugh,* for Appellant.

*Mr. Jos. J. McCaffery,* for Respondent.